UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. No. 09-366 (ESH/AK) |
| BALLI AVIATION LTD., ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to a two-count Criminal Information, charging the Defendant with conspiring to violate the Iranian Transactions Regulations, 31 C.F.R. Part 560, and violating the International Emergency Economic Powers Act, 50 U.S.C. §1705, and the Export Administration Regulations, 15 C.F.R. Parts 764.2(a),(b), and (k).

Hearing on Plea

The Defendant, Balli Aviation Ltd., through its corporate representative, Farshad Irvanipour, came before the Court on February 5, 2010, represented by counsel, Paul W. Butler. The Government was represented by Assistant United States Attorneys Anthony Asuncion and Jonathan Poling. For the record, Defendant through its corporate representative, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Irvanipour under oath and ascertained that he was competent to represent the corporate Defendant to enter a plea to the two-count Criminal Information, and the Court then

proceeded to explain the nature of the charges to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant's corporate representative of the maximum possible penalty provided by law. The Defendant's corporate representative acknowledged that he wished to waive the Defendant's right to a jury trial before a United States District Court Judge and that by entering a plea of guilty which, if accepted by the District Court, the Defendant would waive its right to appeal a judgment of guilt. The Defendant's corporate representative indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between the Defendant, counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to Defendant in order to secure its plea of guilty in this case. Defendant's corporate representative acknowledged that Defendant conspired to violate the Iranian Transactions Regulations and violated the International Emergency Economic Powers Act and the Export Administration Regulations.

The Court found, after advising Defendant's corporate representative of Defendant's rights, Mr. Irvanipour's plea of guilty, on behalf of the Defendant, to the two-count Criminal Information was voluntarily and knowingly made and that Defendant's admissions of guilt encompassed each of the elements of the offenses charged in Counts 1 and 2 of the Criminal Information.

Recommendation

The undersigned recommends that the trial court accept Mr.Irvanipour's plea of guilty on behalf of Defendant Balli Aviation Ltd. based upon this Court's finding that the plea of guilty

was knowingly and voluntarily made by Mr. Irvanipour, on behalf of Defendant, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea.  Following the entry of the plea of guilty, the case was referred to the Probation Office for a Pre-Sentencing Investigation Report.  Sentencing is set for April 20, 2010, at 1:45 p.m. before United States District Court Judge Ellen Segal Huvelle.

Dated: March 12, 2010               _____/s/_____
                                    ALAN KAY
                                    UNITED STATES MAGISTRATE JUDGE